UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-94 |
| WALL ROPE INDUSTRIES AND RICHARD ST. PE COMPANY, INC. | * | SECTION: B |
| | * | MAG. DIV. ( ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUPPLEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Wall Industries, Inc. who moves the Court for leave to file the signed and properly executed Affidavit of Stan Swider, in substitution of a previously filed Affidavit, attached an exhibit to the Notice of Removal. The Affidavit Wall Industries wishes to substitute is the original, bearing the original signature of Stan Swider as well as the stamp of a notary public from North Carolina. For completeness of the record, Wall Industries wishes to file the original signed Affidavit in support of the Notice of Removal.

Respectfully submitted,

JAMES M. GARNER (#19589)
CINDY T. MATHERNE (#20941)
SHER GARNER CAHILL RICHTER KLEIN MCALISTER AND HILBERT, L.L.C.
28th Floor
909 Poydras Street
New Orleans, Louisiana 70112
(504) 299-2100
Attorneys for Wall Rope Industries

DATE OF ENTRY FEB 28 2000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 17th day of January, 2000.

_____
CINDY T. MATHERNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION: ( ) |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. ( ) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING the foregoing Motion to Supplement,

**IT IS HEREBY ORDERED** that defendant, Wall Industries, Inc., be and is hereby granted leave to supplement the record with the copy of the Affidavit of Stan Swider, attached to the Notice of Removal as an exhibit.

New Orleans, Louisiana, this _24_ day of February, 2000.

_____
JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION: ( ) |
| RICHARD ST. PE COMPANY, INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAG. DIV. ( ) |

COUNTY OF Rowan

STATE OF North Carolina

### AFFIDAVIT

Before me the undersigned notary came **Stan Swider**, and did depose and say that he is President of Wall Industries, Inc.;

1. That as of January 15, 1996, Wall Industries, Inc. discontinued its operations and mailing address in Granite Quarry, NC;

2. That on December 9, 1999, Wall Industries, Inc., a North Carolina corporation, received a copy of a Citation and Petition for Damages by certified mail at its proper address, which is P.O. Box 25, Spencer, NC 28159.

_____
STAN SWIDER

SWORN TO AND SUBSCRIBED

BEFORE ME, this 12th day

of January, 2000.

_____
NOTARY PUBLIC

Page -1-