

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0094 |
| WALL ROPE INDUSTRIES AND RICHARD ST. PE COMPANY, INC. | * | SECTION: (E) |
| | * | MAG. DIV. (5) |

## MOTION TO SUPPLEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Wall Industries, Inc. who moves the Court for leave to file the signed and properly executed Affidavit of Robert St. Pe', in substitution of a previously filed Affidavit, attached an exhibit to the Opposition to Motion to Remand. The Affidavit Wall Industries wishes to substitute is the copy, bearing the signature of Robert St. Pe' as well as the stamp of a notary public from Louisiana. For completeness of the record, Wall Industries wishes to file the original signed Affidavit in support of the Opposition to Motion to Remand.

MAR 0 8 2000

DATE OF ENTRY _____

Respectfully submitted,

*[signature]*

JAMES M. GARNER (#19589)
CINDY T. MATHERNE (#20941)
SHER GARNER CAHILL RICHTER KLEIN
MCALISTER AND HILBERT, L.L.C.
28th Floor
909 Poydras Street
New Orleans, Louisiana 70112
(504) 299-2100
Attorneys for Wall Rope Industries

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 1st day of March, 2000.

*[signature]*
CINDY T. MATHERNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION: (E) |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion to Supplement,

**IT IS HEREBY ORDERED** that defendant, Wall Industries, Inc., be and is hereby granted leave to supplement the record with the copy of the Affidavit of Richard St. Pe', attached to the Opposition to Motion to Remand as an exhibit.

New Orleans, Louisiana, this _____ day of March, 2000.

_____
JUDGE