

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION "E |
| RICHARD ST. PE' COMPANY, INC. | * | MAGISTRATE 5 |

### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW COMES, defendant, Richard St. Pe' Company, Inc., through undersigned counsel, who respectfully moves this Honorable Court for an Order withdrawing **Thomas G. Milazzo** and the law firm of LeBlanc, Miranda and deLaup, as counsel of record and substituting **Thomas L. Gaudry, Jr.** and the law firm of Windhorst, Gaudry, Ranson, Higgins and Gremillion as counsel of record for defendant, Richard St. Pe' Company, Inc. Undersigned counsel certifies to the Court pursuant to Uniform District Court Rule

DATE OF ENTRY  MAR 08 2000

83.2.11, that Richard St. Pe' Company, Inc. has been notified of all deadlines and pending court appearances by certified mail.

Respectfully submitted,

**LeBLANC, MIRANDA & deLAUP**
A Professional Law Corporation

By: _____
THOMAS G. MILAZZO/ #1249
2121 Airline Drive
Suite 601
Metairie, Louisiana, 70001
Telephone: (504) 833-8007
FAX: (504) 833-2866

**WINDHORST, GAUDRY, RANSON, HIGGINS, And GREMILLION**

By: _____
THOMAS L. GAUDRY, JR., T.A/#5980
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, LA 70056
(504) 362-2466

I hereby certify that I have forwarded a copy of the foregoing pleading to all counsel of record by placing a copy of same in the United States Mail, postage prepaid, and properly addressed, this _31_ day of _February_ 20_00_.

_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL M. FLOYD** | * | CIVIL ACTION |
| | * | |
| **VS.** | * | NO. 00-0094 |
| | * | |
| **WALL ROPE INDUSTRIES AND** | * | SECTION "E |
| **RICHARD ST. PE' COMPANY, INC.** | * | MAGISTRATE 5 |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record;

**IT IS ORDERED** that **Thomas G. Milazzo** and the law firm of LeBlanc, Miranda & deLaup be and are hereby withdrawn as lead counsel of record for defendant, Richard St. Pe' Company, Inc. and that **Thomas L. Gaudry, Jr.** and the law firm of Windhorst, Gaudry, Ranson, Higgins & Gremillion be and are hereby substituted as counsel of record for defendant, Richard St. Pe' Company, Inc. in the above entitled and numbered matter.

NEW ORLEANS, LOUISIANA this ____ day of _March_____, 2000.

_____
JUDGE