FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -8 A 11: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| VERSUS | * | NO.  00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION:   (E ) |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. ( 5 ) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant, Wall Industries, Inc. who moves the Court for leave to file a reply memorandum in response to the reply memorandum submitted by Michael Floyd.  Wall Industries submits to the Court that the reply of Michael Floyd raised certain issues which must be addressed prior to a decision by the Court.

Respectfully submitted,

_Cindy H. Matherne_

**JAMES M. GARNER (#19589)**
**CINDY T. MATHERNE (#20941)**
**SHER GARNER CAHILL RICHTER KLEIN**
**MCALISTER AND HILBERT, L.L.C.**
28th Floor
909 Poydras Street
New Orleans, Louisiana 70112
(504) 299-2100
Attorneys for Wall Rope Industries

MAR 0 9 2000

DATE OF ENTRY_____

Page -1-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 8th day of March, 2000.

_____
CINDY T. MATHERNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.  00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION:   (E) |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG.  DIV. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the foregoing Motion for Leave,

**IT IS HEREBY ORDERED** that defendant, Wall Industries, Inc., be and is hereby

granted   leave to file a reply memorandum in response to the reply memorandum

submitted by Michael Floyd.

New Orleans, Louisiana, this ___9___ day of March, 2000.

_____

J U D G E