UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION "E" |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael Floyd, and respectfully requests Leave of Court to file a Reply Memorandum. No party will be prejudiced by the filing of this Reply Memorandum, and the defendant has consented to the Reply Memorandum.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
LIONEL J. FAVRET, III, BAR NO. 22712
251 Highway 21
Madisonville, Louisiana 70447
Telephone: (504) 792-1062
Facsimile: (504) 792-1065
Email: btruitt@bellsouth.net
Counsel for Michael M. Floyd

DATE OF ENTRY  MAR 09 2000

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, this March 6, 2000, or by any other means authorized by law.

_____
Jack E. Truitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION "E" |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that plaintiff, Michael M. Floyd, be granted leave of court to file a Reply Memorandum.

New Orleans, Louisiana this __9__ day of __March__, 2000.

_____
JUDGE