UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 17  P 12: 21

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION "E" |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE OF COURT TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael M. Floyd, who respectfully moves this Honorable Court for an order granting leave in the above captioned litigation to file the attached Affidavit in support of the Motion to Remand. No party will be prejudiced by the filing of this Affidavit.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
LIONEL J. FAVRET, III, BAR NO. 22712
251 Highway 21
Madisonville, Louisiana 70447
Telephone: (504) 792-1062
Facsimile: (504) 792-1065
Email: btruitt@bellsouth.net
Counsel for Michael M. Floyd

DATE OF ENTRY

MAR 2 2 2000

___Fee_____
___Process___
_X_ Dktd____
___CtRmDep__
Doc. No. __15__

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, this March 15, 2000, or by any other means authorized by law.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL M. FLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0094 |
| | * | |
| WALL ROPE INDUSTRIES AND | * | SECTION "E" |
| RICHARD ST. PE COMPANY, INC. | * | |
| | * | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that plaintiff, Michael M. Floyd, is hereby granted leave to file his Affidavit in support of Motion to Remand.

New Orleans, Louisiana this __21__ day of __March__, 2000.

_____
JUDGE