

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL M. FLOYD                                          CIVIL ACTION

versus                                                    No. 00-0094

WALL ROPE INDUSTRIES and                                  SECTION: E/5
RICHARD ST. PE COMPANY, INC.

### RULING ON MOTION

Defendant Wall Rope Industries has filed a motion for an expedited hearing on a motion to strike the affidavit of Michael Floyd, plaintiff, in conjunction with a motion to remand. Wall first suggests that the Floyd affidavit should be stricken as untimely, however, the Court allowed Floyd to file the affidavit on the date in question, as it contained important information relative to the issues involved in the motion to remand.

Wall next argues that the affidavit of Floyd contains hearsay statements, as it reflects what Floyd was told by Richard St. Pe. St. Pe is a representative of the company, and the statement is

1
DATE OF ENTRY
MAR 24 2000

Fee
Process
X/Dktd
CtRmDep
Doc.No.

being offered against St. Pe inasmuch as it reflects the possible basis upon which plaintiff could recover against St. Pe. Thus, defendant Wall's motion to strike the affidavit is without merit.

Accordingly,

**IT IS ORDERED** that the motion of Wall Industries, Inc., to strike the affidavit of Michael Floyd be and is hereby **DENIED**;

**IT IS FURTHER ORDERED** that the motion for an expedited hearing be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, March 23, 2000.

*/s/ Marcel Livaudais*
**MARCEL LIVAUDAIS, JR.**
United States District Judge